```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. 2:12-CR-364 GEB |
| v. | ) APPLICATION AND ORDER |
| | ) FOR UNSEALING INDICTMENT |
| SIMEON SHAWNISE GREGORY, et al., | ) |
| Defendants. | ) |

On October 11, 2012, the Indictment was filed in the above-referenced case.  Since one of the defendants has now been arrested, it is no longer necessary for the Indictment to be sealed.  The government respectfully requests that the Indictment and this case be unsealed.

DATED: October 16, 2012            Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   By:/s/ Jared C. Dolan
                                      JARED C. DOLAN
                                      Assistant U.S. Attorney

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JARED C. DOLAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )
12          Plaintiff,             )  NO. 2:12-CR-364-GEB
                                   )
13      v.                         )  [PROPOSED] ORDER
                                   )  FOR UNSEALING INDICTMENT
14  SIMEON SHAWNISE GREGORY, et al.,)
                                   )
15          Defendants.            )
    ───────────────────────────────)
16

17      The government's request to unseal the Indictment and this case

18  is GRANTED.

19  SO ORDERED:

20  DATED: October 16, 2012        _____
                                   HON. EDMUND F. BRENNAN
21                                 U.S. Magistrate Judge
```