```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    SIMEON GREGORY
 6

 7              IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,      )  No. 2:12-cr-364 GEB
                                   )
11              Plaintiff,         )
                                   )
12       v.                        )  STIPULATION AND [PROPOSED] ORDER
                                   )  CONTINUING CASE.
13  SIMEON GREGORY,                )
    SARAH ELIZABETH TROUT,         )
14  THERESA HELENA CAMPBELL,       )
    TERRANCE RYCHAN SMALLS         )  Date:  January 25, 2013
15              Defendants.        )  Time:  9:00 a.m.
                                   )  Judge: Hon. Garland E. Burrell, Jr.
16  _____  )
```

17 **IT IS HEREBY STIPULATED** by and among Assistant United States
18 Attorney Jared Dolan, counsel for Plaintiff, Assistant Federal Defender
19 Jeffrey L. Staniels, counsel for Defendant SIMEON GREGORY and acting on
20 behalf of the other named defendants as authorized by their respective
21 counsel, that the above case be vacated from this court's January 24,
22 2013, calendar, and that it be continued until March 22, 2013, at 9:00
23 a.m. for status conference.

24 Government Counsel has provided voluminous discovery, a substantial
25 portion of which consists of Employment Development Department (EDD)
26 internal documents containing codings with which counsel must become
27 familiar, and which involves conduct alleged to have been committed in
28 and around Los Angeles County. The time requested is intended to permit

further review of discovery, consultation with clients, consideration of necessary investigation and motions, and other defense preparation.

The court is advised that all defense counsel have authorized Mr. Staniels to sign this stipulation and file it on their behalf.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendants in a speedy trial. Therefore the parties agree that time for trial should be excluded between January 25, 2013 and March 22, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED**.

Dated: January 22, 2013     /s/ *Jared Dolan*
                            Jared Dolan
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated: January 22, 2013     /s/ Jeffrey L. Staniels
                            Jeffrey L. Staniels
                            Assistant Federal Defender
                            Counsel for Defendant
                            SIMEON GREGORY

Dated: January 22, 2013     /S/*David D. Fischer*
                            David D. Fischer
                            Attorney for Defendant
                            SARAH ELIZABETH TROUT

Dated: January 22, 2013     */S/ Olaf W. Hedberg*
                            Olaf W. Hedberg
                            Attorney for Defendant
                            THERESA HELENA CAMPBELL

Dated: January 22, 2013     /S/ *Steven B. Plesser*
                            Steven B. Plesser
                            Attorney for Defendant
                            TERRANCE RYCHAN SMALLS

Stipulation & Order
Continuing Case                2

**O R D E R**

The above stipulation is hereby accepted. The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendants in a speedy trial. This matter is ordered to be dropped from this court's criminal calendar on January 24, 2013, and to be re-calendared for March 22, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge