```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    ANGELES ZARAGOSA, Bar #270198
 3  Assistant Federal Defender
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  SIMEON GREGORY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-cr-364 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER |
|   | ) CONTINUING CASE. |
| SIMEON GREGORY, | ) |
| SARAH ELIZABETH TROUT, | ) |
| TERRANCE RYCHAN SMALLS | ) |
| Defendants. | ) Date: June 28, 2013 |
|   | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell, Jr. |
|   | ) |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Jared Dolan, counsel for Plaintiff, Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant SIMEON GREGORY and acting on behalf of the other named defendants as authorized by their respective counsel, that the above case be vacated from this court's June 28, 2013, calendar, and that it be continued until August 23, 2013, at 9:00 a.m. for status conference.

Government Counsel has provided voluminous discovery, a substantial portion of which consists of Employment Development Department (EDD) internal documents containing codings with which counsel must become familiar, and which involves conduct alleged to have been committed in

and around Los Angeles County.  The time requested is intended to permit further review of discovery, consultation with clients, consideration of necessary investigation and motions, and other defense preparation.  In addition, due to the impending retirement from the Office of the Federal Defender of Mr. Staniels, and reassignment of this case to Assistant Federal Defender Angeles Zaragosa, the requested time is intended to permit Ms. Zaragosa to become familiar with the case and to consult with Ms. Gregory, who is out of custody and who lives in the Los Angeles Area.

The court is advised that all counsel have authorized Mr. Staniels to sign this stipulation and file it on their behalf. Ms. Theresa Campbell is not included since she has previously pled guilty and is awaiting sentencing before this court.

**IT IS FURTHER STIPULATED** that the interests of justice to be served by granting this continuance outweigh the interests of the public and of the defendants in a speedy trial.  Therefore the parties agree that time for trial should be excluded between June 28, 2013 and August 23, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED**.

Dated: June 19, 2013         /s/ *Jared Dolan*
                             Jared Dolan
                             Assistant United States Attorney
                             Counsel for Plaintiff


Dated: June 19, 2013         /s/ *Jeffrey L. Staniels*
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             SIMEON GREGORY


Dated: June 19, 2013         /S/*David D. Fischer*
                             David D. Fischer
                             Attorney for Defendant

Stipulation & Order
Continuing Case                    2

SARAH ELIZABETH TROUT

Dated: June 19, 2013          /S/ *Steven B. Plesser*
                              Steven B. Plesser
                              Attorney for Defendant
                              TERRANCE RYCHAN SMALLS


# O R D E R

The above stipulation is hereby accepted. The court finds that the interests of justice served by granting this continuance outweigh the interests of the public and the defendants in a speedy trial. This matter is ordered to be dropped from this court's criminal calendar on June 28, 2013, and to be re-calendared for August 23, 2013, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: June 20, 2013

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge