Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: stanielslaw@dcn.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMEON GREGORY,<br>SARAH ELIZABETH TROUT,<br>TERRANCE RYCHAN SMALLS,<br><br>Defendants. | NO. 2:12-cr-364 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: August 23, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, counsel for Plaintiff, and Jeffrey L. Staniels, court appointed attorney for Defendant Simeon Gregory and acting on behalf of the other named defendants as authorized by their respective counsel, that the above case be vacated from this court's August 23, 2013, calendar, and that it be continued until October 25, 2013, at 9:00 a.m. for status conference.

The court is advised that this additional time will be utilized to permit recently re-appointed Mr. Staniels to refresh his understanding of the case and to consult with Ms. Gregory, and by all counsel to continue and hopefully complete active and on-going settlement negotiations with the government.

The court is requested to find that this request for a continuance is reasonable, that the interests of justice served by granting it outweigh the interests of the defendants and of the public in a speedy trial, and that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Date: August 20, 2013                     /s/ Jared Dolan
                                          Jared Dolan
                                          Assistant U.S. Attorney
                                          Counsel for Plaintiff

Date: August 20, 2013                     s/ Jeffrey L. Staniels
                                          Jeffrey L. Staniels
                                          Counsel for Defendant
                                          Michael A. Hernandez

Dated: August 20, 2013                    /S/David D. Fischer
                                          David D. Fischer
                                          Attorney for Defendant
                                          SARAH ELIZABETH TROUT

| | |
|---|---|
| Dated: August 20, 2013 | /S/ Steven B. Plesser<br>Steven B. Plesser<br>Attorney for Defendant<br>TERRANCE RYCHAN SMALLS |

# O R D E R

The Court finds that the interests of justice served by granting the attached request for a continuance outweigh the interest of the defendants and the public in a speedy trial. The request for a continuance is therefore granted. Time for trial under the Speedy Trial Act is hereby excluded between August 23, 3013, and October 25, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**It is so ordered.**

Dated: August 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge