DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
SARAH TROUT

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>SARAH TROUT<br>         Defendant. | Case No. 2:12-cr-00364 GEB<br><br>**ORDER TO REMOVE SHARON BARHAM-ANGULO AS SURETY** |

On October 16, 2012, Ms. Trout appeared in the Central District of California on this case. She was released on an unsecured bond in the amount of $50,000 with her aunt Sharon C. Barham-Angulo acting as the surety. Ms. Barham-Angulo's spouse recently died and she no longer wants to act as a surety for this bond. Pretrial Services Officer Renee Basurto has verified that Ms. Trout's boyfriend, Kencal Clayton, is willing to be the surety for this bond and that he is acceptable to Pretrial Services.

A stipulation was reached between Assistant United States Attorney Jared Dolan, counsel for plaintiff, and David D. Fischer, counsel for Sarah Trout, that Kencal Clayton be allowed to act as the surety for Ms. Trout's $50,000 unsecured bond and that once Mr. Clayton signs the bond documents and Ms. Trout posts the bond, it was further agreed that Ms. Barham-Angulo may be removed as the surety.

The Court adopted this stipulation and proposed order on September 6, 2013 (please see Docket Number 78).

On September 20, 2013, Mr. Clayton signed the unsecured $50,000 bond documents and Ms. Trout posted the unsecured $50,000 bond (please see Docket Number 82). Accordingly, the defense requests that the Court order that Sharon Barham-Angulo be removed as a surety.

Respectfully submitted,

Dated: October 14, 2013

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
SARAH TROUT

**IT IS SO ORDERED**

**Dated: October 15, 2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE