Jeffrey L. Staniels
Attorney at Law
216 F Street, No. 98
Davis, CA 95616
Tel: (530) 220-9770
Email: stanielslaw@dcn.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIMEON GREGORY,<br>TERRANCE RYCHAN SMALLS,<br><br>Defendants. | NO. 2:12-cr-364 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: December 13, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Jared Dolan, counsel for Plaintiff, and Jeffrey L. Staniels, court appointed attorney for Defendant Simeon Gregory and Steven B. Plesser, Attorney for Terrance Smalls, that the above case be vacated from this court's December 13, 2013, calendar, and that it be continued until January 24, 2014, at 9:00 a.m. for status conference.

The court is advised that material progress has been made in reaching a non-trial disposition in the case as it pertains to Ms. Gregory. Current discussions are focused on specific sentencing related terms. Counsel for Mr. Smalls joins this request in order to continue his defense preparation.

The court is requested to find that this continuance is reasonable, that the interests of justice served by granting it outweigh the interests of the defendants and of the public in a speedy trial, and that time for trial under the Speedy Trial Act be excluded pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**IT IS SO STIPULATED.**

Date: October 24, 2013  /s/ Jared Dolan
Jared Dolan
Assistant U.S. Attorney
Counsel for Plaintiff

Date: October 24, 2013  s/ Jeffrey L. Staniels
Jeffrey L. Staniels
Counsel for Defendant
SIMEON GREGORY

Dated: October 24, 2013  /S/ Steven B. Plesser
Steven B. Plesser
Attorney for Defendant
TERRANCE RYCHAN SMALLS

# O R D E R

The Court finds that the interests of justice served by granting the attached request for a continuance outweigh the interest of the defendants and the public in a speedy trial. The request for a continuance is therefore granted. Time for trial under the Speedy Trial Act is hereby excluded between December 13, 2013, and January 24, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

**It is so ordered.**

**Dated: December 11, 2013**

GARLAND E. BURRELL, JR.
Senior United States District Judge